DANIEL G. SWANSON, SBN 116556
  dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:    213.229.7000
Facsimile:    213.229.7520

CYNTHIA E. RICHMAN (*pro hac vice* pending)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone:    202.955.8500
Facsimile:    202.467.0539

JULIAN W. KLEINBRODT, SBN 302085
  jkleinbrodt@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Defendant Apple Inc.*

Christopher L. Lebsock, SBN 184546
  clebsock@hausfeld.com
Michael P. Lehmann, SBN 77152
  mlehmann@hausfeld.com
Samuel Maida, SBN 333835
  smaida@hausfeld.com
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94111
Telephone:   (415) 633-1908
Facsimile:   (415) 358-4980

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| KOREAN PUBLISHERS ASSOCIATION, KOREA ELECTRONIC PUBLISHING ASSOCIATION, DAN SCALISE, and PANGSKY CO., LTD., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 4:25-cv-04438-HSG<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND SET INITIAL BRIEFING SCHEDULE; ORDER**<br><br>Action Filed:  May 23, 2025<br>Hon. Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rule 6-1, Plaintiffs Korean Publishers Association, Korea Electronic Publishing Association, Dan Scalise, and PangSky Co., Ltd., and Defendant Apple Inc. (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint in this action on May 23, 2025;

WHEREAS, Apple was served with the Summons and Complaint on May 28, 2025;

WHEREAS, absent extension, Apple must serve on Plaintiffs an answer to its Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure by June 18, 2025;

WHEREAS, the Parties have met and conferred, and Plaintiffs have agreed to extend Apple's deadline to respond to the Complaint to July 28, 2025;

WHEREAS, the Parties also agreed to extend Plaintiffs' deadline to oppose any motion under Federal Rule of Civil Procedure 12 to September 26, 2025, and Apple's deadline to file a reply in support of that motion to October 27, 2025;

WHEREAS, the stipulated extensions will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, this stipulation is without prejudice to any defense Apple might assert in this action;

THEREFORE, the Parties, through their counsel, hereby stipulate to the following deadlines:

1. Apple will answer or otherwise respond to the Complaint on or before July 28, 2025.
2. Plaintiffs will file any opposition to Apple's motion on or before September 26, 2025.
3. Apple will file any reply in support of its motion on or before October 27, 2025.

**IT IS SO STIPULATED.**

DATED: June 10, 2025              GIBSON, DUNN & CRUTCHER LLP

                                   By: */s/ Julian W. Kleinbrodt*
                                       Julian W. Kleinbrodt

                                   *Attorneys for Defendant Apple Inc.*

DATED: June 10, 2025              HAUSFELD LLP

By: /s/ Christopher L. Lebsock
Christopher L. Lebsock

*Attorneys for Plaintiffs and the Putative Class*

\*   \*   \*

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories hereto.

DATED:  June 10, 2025                GIBSON, DUNN & CRUTCHER LLP

By: /s/ Julian W. Kleinbrodt
Julian W. Kleinbrodt

\*   \*   \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/11/2025

Hon. Haywood S. Gilliam, Jr.
United States District Judge