1  **HAUSFELD LLP**
   Christopher L. Lebsock (SBN 184546)
2  Michael P. Lehmann (SBN 77152)
   Samuel Maida (SBN 333835)
3  580 California Street, 12th Floor
   San Francisco, CA 94111
4  Telephone: (415) 633-1908
   Facsimile: (415) 358-4980
5  clebsock@hausfeld.com
   mlehmann@hausfeld.com
6  smaida@hausfeld.com
7
8  Attorneys for Plaintiffs
   [Additional Counsel on Signature Page]
9

10           **UNITED STATES DISTRICT COURT**

11          **NORTHERN DISTRICT OF CALIFORNIA**

12                   **OAKLAND DIVISION**

13

| | |
|---|---|
| 14 Korean Publishers Association, Korea Electronic Publishing Association, Dan | Case No. 25-cv-04438-YGR |
| 15 Scalise, and PangSky Co., Ltd., *on behalf of themselves and all others similarly situated,* | **STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE ACTIONS UNDER FED. R. CIV. P. 42(a) AND APPOINT** |
| 16 | |
| 17              Plaintiffs, | **LEADERSHIP AS MODIFIED** |
| 18 *v.* | |
| 19 APPLE INC., | |
| 20             Defendant. | |
| 21 PROTON AG, *on behalf of itself and all* | Case No. 25-cv-05450-YGR |
| 22 *others similarly situated,* | |
| 23              Plaintiff, | |
| 24 *v.* | |
| 25 APPLE INC., | |
| 26             Defendant. | |
| 27 | |

28

WHEREAS, the above-captioned related proposed antitrust class actions are pending before the United States District Court for the Northern District of California, entitled: *Korean Publishers Association, et al. v. Apple Inc.*, Case No. 25-cv-04438-YGR ("*KPA*"), filed May 23, 2025, and *Proton AG v. Apple Inc.*, Case No. 25-cv-05450-YGR ("*Proton*"), filed June 30, 2025 (together, the "Related Actions," and all plaintiffs are collectively referred to herein as "Plaintiffs");

WHEREAS, the Related Actions arise out of the same set of operative facts and assert similar legal claims against Defendant Apple Inc. ("Apple" or "Defendant"), alleging that Apple has engaged in anticompetitive practices targeting app developers.

WHEREAS, each Related Action seeks, *inter alia*, overlapping or related injunctive relief and monetary damages as remedies for the alleged anticompetitive practices;

WHEREAS, the Court has ordered consolidation of the Related Actions under Fed. R. Civ. P. 42(a);

WHEREAS, Plaintiffs, who are represented by five different law firms and many attorneys within those firms, believe that appointment of a subset of such individuals and firms as interim co-lead counsel pursuant to Fed. R. Civ. P. 23(g) will serve the aims of coordination and efficiency and facilitate efficient decision-making and court oversight;

WHEREAS, Apple takes no position on the appointment of interim co-lead counsel for Plaintiffs proposed below;

WHEREAS, the Court held a status conference on July 18, 2025, with undersigned counsel and directed the parties to submit a stipulation renaming the case, closing Case No. 25-cv-05450-YGR (*Proton*), identifying leadership, and setting forth the following deadlines:

- Amended Consolidated Complaint due by August 8, 2025;
- Motion to Dismiss due by September 5, 2025;
- Opposition to Motion to Dismiss due by October 3, 2025;
- Reply in support of Motion to Dismiss due by October 24, 2025;
- Motion to Dismiss Hearing set for November 18, 2025, at 2:00 p.m.

NOW THEREFORE, Plaintiffs and Apple, through their respective counsel and subject to the Court's approval, hereby stipulate that:

1.      The *Proton* action, Case No. 25-cv-05450, currently pending in the Northern District of California shall be consolidated pursuant to Fed. R. Civ. P. 42(a) into *KPA*, Case No. 25-cv-04438-YGR (hereinafter the "Consolidated Action").

2.      The *Proton* action, Case No. 25-cv-05450-YGR, shall be closed.

3.      When a case that arises out of the subject matter of the Consolidated Action is hereinafter filed in the Northern District of California or transferred to the Northern District of California from another court, the Clerk of this Court shall:

a.      File a copy of this Order in the separate file for such action;

b.      Provide a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

c.      Make the appropriate entry in the docket for this action.

4.      Each new case arising out of the subject matter of the Consolidated Action on behalf of any app-developer plaintiff that is filed in this Court or transferred to this Court shall be consolidated with this Consolidated Action and this Order shall apply thereto, unless a party objecting to this Order, or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application. Unless a plaintiff in a subsequently filed or transferred case is permitted by the Court to use a separate complaint, defendant shall not be required to answer, plead, or otherwise move with respect to that complaint. If a plaintiff in any such case is permitted to use a separate complaint, the defendant shall have thirty (30) days from the date the Court grants such permission within which to answer, plead, or otherwise move with respect to that complaint.

5.      All papers filed in the Consolidated Action shall be filed under Case No. 25-cv-04438-YGR and shall bear the following caption:

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE APP DEVELOPER ANTITRUST LITIGATION (PROTON/KPA) | Case No. 25-cv-04438-YGR |

6.      ~~Christopher L. Lebsock (HAUSFELD LLP), Steig D. Olson (QUINN EMANUEL URQUHART & SULLIVAN LLP), and Michael B. Eisenkraft (COHEN MILSTEIN SELLERS & TOLL PLLC) are hereby appointed as interim co-lead counsel for Plaintiffs consistent with Fed. R. Civ. P. 23(g)(3).~~ The Court requires further information on why this appointment is necessary.

DATED: August 7, 2025              Respectfully submitted,


By:    */s/ Christopher L. Lebsock*
Christopher L. Lebsock (SBN 184546)
Michael P. Lehmann (SBN 77152)
Samuel Maida (SBN 333835)
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
clebsock@hausfeld.com
mlehmann@hausfeld.com
smaida@hausfeld.com

Mindee J. Reuben (*pro hac vice*)
Katie R. Beran (*pro hac vice*)
Daniel Margolskee *(pro hac vice)*
HAUSFELD LLP
325 Chestnut Street, Unit 900

Philadelphia, PA 19106
Telephone: (215) 985-3270
Facsimile: (215) 985-3271
mreuben@hausfeld.com
kberan@hausfeld.com
dmargolskee@hausfeld.com

Scott Martin (*pro hac vice*)
Gisela Rosa (*pro hac vice*)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com
zrosa@hausfeld.com

*Counsel for Plaintiffs Korean Publishers Association, Korea Electronic Publishing Association, Dan Scalise, PangSky Co., Ltd., and the putative class*

YoungKi Rhee (*pro hac vice forthcoming*)
WE THE PEOPLE LAW GROUP
Chinyang Building, 7/F
47 Kyonggidae-ro, Seodaemun-gu
Seoul, South Korea 03752
Telephone: 82-2-2285-0062
ykrhee@wethepeople.co.kr

*Counsel for Plaintiff PangSky Co., Ltd., and the putative class*

Byung-Joo Lee (SBN 225384)
JIHYANG LAW FIRM
Seohee Tower, 7/F
2583 Nambusunhwan-ro
Seoul, Korea 06735
Telephone: 82-2-3476-6002
Facsimile: 82-2-3476-6607
bjlee@jihyanglaw.com

*Counsel for Plaintiffs Korean Publishers Association and Korea Electronic Publishing Association and the putative class*

Michael B. Eisenkraft (*pro hac vice*)
Benjamin F. Jackson (*pro hac vice*)
Cohen Milstein Sellers and Toll PLLC
88 Pine Street
14th Floor
New York, NY 10005
212-838-7797
212-838-7745 (fax)
meisenkraft@cohenmilstein.com
bjackson@cohenmilstein.com

Steig D. Olson (*pro hac vice*)
David Du LeRay (*pro hac vice*)
Nicolas Vernon Siebert (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan LLP
295 5th Avenue
New York, NY 10016
212-849-7152
steigolson@quinnemanuel.com
davidleray@quinnemanuel.com
nicolassiebert@quinnemanuel.com

Sam Stephen Stake (SBN 257916)
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600
415-875-6700 (fax)
samstake@quinnemanuel.com

Adam B. Wolfson (SBN 262125)
Emma Barton (SBN 347777)
Quinn Emanuel Urquhart & Sullivan
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
adamwolfson@quinnemanuel.com
emmabarton@quinnemanuel.com

*Counsel for Plaintiff Proton AG and the putative class*

By: */s/ Julian Wolfe Kleinbrodt*
Julian Wolfe Kleinbrodt
Gibson, Dunn & Crutcher LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715

415-393-8382
JKleinbrodt@gibsondunn.com

Cynthia Richman (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, DC 20036-4504
202-955-8234
crichman@gibsondunn.com

Daniel Glen Swanson
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7340
(213) 229-7520 (fax)
dswanson@gibsondunn.com

*Counsel for Defendant Apple Inc.*

## Certification of Compliance with N.D. Cal. L.R. 5-1(i)(3)

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization

from the above signatories to file the above-referenced document, and the above signatories concur

in the filing's content.

By: */s/ Christopher L. Lebsock*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2025 I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF and served a copy of the foregoing upon all counsel of record via the Court's electronic filing system.

*/s/ Christopher L. Lebsock*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 10, 2025

_____
Hon. Yvonne Gonzalez Rogers
U.S. DISTRICT COURT JUDGE