UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTON AG       ,<br><br>       Plaintiff(s),<br><br>v.<br><br>APPLE INC.       ,<br><br>       Defendant(s). | Case No. __4:25-cv-04438-YGR__<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER (CIVIL LOCAL RULE 11-3) |

I, __Grace Ann Brew__, an active member in good standing of the bar of __Pennsylvania__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Proton AG__ in the above-entitled action. My local co-counsel in this case is __Sam S. Stake__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __257916__.

Cohen Milstein Sellers & Toll PLLC
100-120 N. 18th Street, Suite 1820
Philadelphia, PA 19103
MY ADDRESS OF RECORD

(267) 479-5700
MY TELEPHONE # OF RECORD

gbrew@cohenmilsein.com
MY EMAIL ADDRESS OF RECORD

Quinn Emanuel Urquhart & Sullivan
50 California Street, 22nd Floor
San Francisco, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-601-4737
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

samstake@quinnemanuel.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __332555__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/11/2025

Grace Ann Brew
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Grace Ann Brew is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 18, 2025

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT/MAGISTRATE JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Grace Ann Brew, Esq.*

**DATE OF ADMISSION**

*February 2, 2023*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated:  August 25, 2025**

Nicole Traini
Chief Clerk