**HAUSFELD LLP**
Christopher L. Lebsock (SBN 184546)
Michael P. Lehmann (SBN 77152)
Samuel Maida (SBN 333835)
580 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 633-1908
clebsock@hausfeld.com
mlehmann@hausfeld.com
smaida@hausfeld.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Michael B. Eisenkraft (*pro hac vice*)
Benjamin F. Jackson (*pro hac vice*)
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
meisenkraft@cohenmilstein.com
bjackson@cohenmilstein.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Adam B. Wolfson (SBN 262125)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
adamwolfson@quinnemanuel.com

Steig D. Olson (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
steigolson@quinnemanuel.com

*Counsel for Plaintiffs and the Proposed Classes*
[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE: APPLE APP DEVELOPER ANTITRUST LITIGATION (PROTON/KPA) | **Case No. 25-cv-04438-YGR**<br><br>**[PROPOSED] ORDER GRANTNG PLAINTIFFS' UNOPPOSED MOTION FOR THE APPOINTMENT OF INTERIM CO-LEAD COUNSEL FOR THE PROPOSED CLASSES**<br><br>Date: December 9, 2025<br>Time: 2:00 p.m.<br>Dept: Oakland, Courtroom 1<br>Judge: Hon. Yvonne Gonzalez Rogers |

Having considered *Plaintiffs' Unopposed Motion for the Appointment of Interim Co-Lead Counsel for the Proposed Classes* and supporting documents (Dkt. 62), and all other matters properly before the Court, being fully advised on the proceedings and for good cause appearing, and having found that each of the Rule 23(g) criteria are satisfied, **IT IS HEREBY ORDERED** that:

(1.)   The Court GRANTS *Plaintiffs' Unopposed Motion for the Appointment of Interim Co-Lead Counsel for the Proposed Classes* (Dkt. 62);

(2.)   Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court appoints Hausfeld LLP, Quinn Emanuel Urquhart & Sullivan, LLP, and Cohen Milstein Sellers & Toll PLLC as Interim Co-Lead Counsel for the Proposed Classes ("Interim Class Counsel").

**IT IS SO ORDERED.**

Dated: _____

_____
Yvonne Gonzalez Rogers
United States District Judge