**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE APPLE APP DEVELOPER ANTITRUST LITIGATION (PROTON/KPA)** | Case No.: 4:25-cv-04438-YGR<br><br>**ORDER GRANTING STAY** |

The Court has reviewed the parties' motion to dismiss briefing and, in particular, defendant Apple's request to stay this case until the Ninth Circuit's mandate issues in *Epic Games, Inc. v. Apple Inc.*, No. 25-2935 (9th Cir.). The motion has been pending since last September and full resolution of the appellate proceedings has not yet occurred. Because this case likely hinges on the outcome of that appeal, the Court agrees that a stay would promote "economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

Accordingly, the Court officially **STAYS** this case. The Court will lift the stay two weeks after the Ninth Circuit issues its mandate in *Epic Games, Inc. v. Apple Inc.* On that day, the parties shall file a joint case management statement that includes proposed next steps for this litigation. The Court deems Apple's motion to dismiss withdrawn, in the interim, without prejudice to refile if appropriate. The parties shall meet and confer and determine the most efficient way to proceed once the stay is lifted.

This terminates Dkt. Nos. 45, 62.

**IT IS SO ORDERED.**

Date:   February 25, 2026

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE