United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE APPLE APP DEVELOPER ANTITRUST LITIGATION (PROTON/KPA)** | Case No.: 4:25-cv-04438-YGR |
| | **ORDER RE SUPPLEMENTAL BRIEFING** |

The Court has reviewed the parties' joint case management statement. (Dkt. No. 68.) The Court **GRANTS** the parties' request to simultaneously file, at 5:00 p.m. PT on **June 1, 2026**, a short supplemental brief, not to exceed two pages per side, concerning the effect of the resolution of the appeal in *Epic* on the motion to dismiss.

**IT IS SO ORDERED.**

Date:   May 22, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**