*[Submitting Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ) | Case No. 4:25-cv-04438-YGR |
| ) |  |
| ) | **JOINT STATUS REPORT** |
| IN RE: APPLE APP DEVELOPER ) |  |
| ANTITRUST LITIGATION (PROTON/KPA) ) | Hon. Yvonne Gonzalez Rogers |
| ) |  |

Over the past several weeks, the parties have been negotiating a protective order and ESI protocol to govern discovery in this case. The parties intended to jointly file such proposed discovery orders today, in accordance with the proposed case schedules submitted with their Joint Case Management Statement. *See* Dkt. Nos. 68-1, 68-2.

Despite their good-faith efforts to do so, the parties have not fully resolved all outstanding issues regarding the proposed protective order and ESI protocol. To provide the parties additional time to negotiate and potentially resolve outstanding disputes, and to avoid unnecessarily seeking the Court's intervention, the parties jointly request that the Court permit the parties to file such proposed discovery orders and, if needed, joint discovery letters in accordance with Section 8.b of the Court's Standing Order in Civil Cases, or as the Court otherwise directs, by June 19, 2026.

DATED: June 10, 2026

Respectfully submitted,

By: */s/ Mindee J. Reuben*
Mindee J. Reuben (*pro hac vice*)
Daniel P. Margolskee (*pro hac vice*)
HAUSFELD LLP
325 Chestnut Street, Unit 900
Philadelphia, PA 19106
Telephone: (215) 985-3270
Facsimile: (215) 985-3271
mreuben@hausfeld.com
kberan@hausfeld.com
dmargolskee@hausfeld.com

Christopher L. Lebsock (SBN 184546)
Michael P. Lehmann (SBN 77152)
Samuel Maida (SBN 333835)
HAUSFELD LLP
580 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
clebsock@hausfeld.com
mlehmann@hausfeld.com
smaida@hausfeld.com

By: */s/ Julian W. Kleinbrodt*
Julian Wolfe Kleinbrodt (SBN 302085)
Gibson, Dunn & Crutcher LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
(415) 393-8382
jkleinbrodt@gibsondunn.com

Cynthia Richman (*pro hac vice*)
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, DC 20036-4504
(202) 955-8234
crichman@gibsondunn.com

Daniel Glen Swanson (SBN 116556)
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7340
dswanson@gibsondunn.com

*Counsel for Defendant Apple, Inc.*

Scott Martin (*pro hac vice*)
Gisela (Zelly) Rosa (*pro hac vice*)
HAUSFELD LLP
33 Whitehall Street, 14th Floor
New York, NY 10004
Tel: (646) 357-1100
Fax: (212) 202-4322
smartin@hausfeld.com
zrosa@hausfeld.com

*Counsel for Plaintiffs Korean Publishers
Association, Korea Electronic Publishing
Association, PangSky Co., Ltd., OverX Co.,
Ltd., and the putative Classes*

YoungKi Rhee (*pro hac vice)*
WE THE PEOPLE LAW GROUP
Chinyang Building, 7/F
47 Kyonggidae-ro, Seodaemun-gu
Seoul, South Korea 03752
Telephone: 82-2-2285-0062
ykrhee@wethepeople.co.kr

*Counsel for Plaintiff PangSky Co., Ltd. and
the putative Classes*

Byung-Joo Lee (SBN 225384)
JIHYANG LAW FIRM
Seohee Tower, 7/F
2583 Nambusunhwan-ro
Seoul, Korea 06735
Telephone: 82-2-3476-6002
Facsimile: 82-2-3476-6607
bjlee@jihyanglaw.com

*Counsel for Plaintiffs Korean Publishers
Association Korea Electronic Publishing
Association, OverX Co., Ltd. and the putative
Classes*

Michael B. Eisenkraft (*pro hac vice*)
Benjamin F. Jackson (*pro hac vice*)
Emily B. Marcus (*pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
88 Pine Street,14th Floor
New York, NY 10005
212-838-7797
meisenkraft@cohenmilstein.com

bjackson@cohenmilstein.com
emarcus@cohenmilstein.com

Grace Ann Brew (*pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
100 N. 18th Street, Suite 1820
Philadelphia, PA 19103
267-479-5700
gbrew@cohenmilstein.com

Nathaniel D. Regenold (*pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Suite 800
Washington, DC 20005
202-408-4600
nregenold@cohenmilstein.com

Steig D. Olson (*pro hac vice*)
David Du LeRay (*pro hac vice*)
Nicolas Vernon Siebert (*pro hac vice*)
Quinn Emanuel Urquhart & Sullivan LLP
295 5th Avenue
New York, NY 10016
212-849-7152
steigolson@quinnemanuel.com
davidleray@quinnemanuel.com
nicolassiebert@quinnemanuel.com

Adam B. Wolfson (SBN 262125)
Sam Stephen Stake (SBN 257916)
Emma Barton (SBN 347777)
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6600
adamwolfson@quinnemanuel.com
samstake@quinnemanuel.com
emmabarton@quinnemanuel.com

*Counsel for Plaintiff Proton AG and the putative Classes*

**Certification of Compliance with N.D. Cal. L.R. 5-1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and the above signatories concur in the filing's content.

*/s/  Mindee J. Reuben*